**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case. No. 10-CR-0339(8) (PJS/JJK) |
| Plaintiff, | |
| v. | **Order** |
| Javier Enrique Torres, | |
| Defendant. | |

Jeffrey S. Paulsen, Esq., Assistant United States Attorney, counsel for Plaintiff.

Bruce D. Nestor, Esq., De Leon & Nestor, LLC, counsel for Defendant Torres.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 7, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant Torres's Motion to Suppress Evidence Obtained by Electronic Surveillance [Docket No. 282], is **DENIED**.

Date:  July 25, 2011

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge